United States District Court
for the District of New Jersey

_____

**MONA KELLAM**

             Plaintiff

**CONTINENTIAL AIRLINES**

             Defendant
_____

Civil No. 09-382

Order of Reassignment

It is on this 18th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dennis M. Cavanaugh to Judge William J. Martini.

                    S/Garrett E. Brown, Jr.
                    Garrett E. Brown, Jr., Chief Judge
                    United States District Court